UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

DANIEL DANIEL,
    a/k/a "Roma,"

           Defendant.

- - - - - - - - - - - - - - - - - - X

**UNSEALING ORDER**

19 Mag. 10068

    Upon application of the United States of America, by and through Assistant United States Attorney Jessica Greenwood, it is hereby ORDERED that Criminal Complaint 19 Mag. 10068, which was filed under seal on October 25, 2019, be unsealed immediately.

SO ORDERED.

Dated:    New York, New York
           February 5, 2020

_____
HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK