# KOEHLER & ISAACS LLP

ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300  Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS
———
JEANNETTE BALDASARRE
A. JAMES BELL
LIAM L. CASTRO
SONYA CHAZIN
RENA C. DAWSON
CYNTHIA DEVASIA
GABRIEL GREENBERG
TALIA HAYNES
DAVID KIRSCH
MERCEDES M. MALDONADO
FELICIA PINTO
ANDREW ROWE
JULIE PEARLMAN SCHATZ
ANN SCHNEIDER
STEPHANIE SWINTON
PETER C. TROXLER
HOWARD G. WIEN

OF COUNSEL
RAYMOND J. AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL
(917) 551-1317

> The conference currently scheduled for September 24, 2020, is adjourned until October 27, 2020, at 12:00 p.m. In addition, in the interests of justice, time will be excluded until the date of the conference. SO ORDERED.
>
> *Loretta A. Preska* 9/23/2020

September 21, 2020

Via ECF
Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Daniel Daniel*, 20Cr101

Dear Judge Preska:

I am CJA appointed counsel for Mr. Daniel Daniel. This letter is being submitted to request a 30-day adjournment of the upcoming status conference scheduled for September 24th at 11 a.m. The adjournment will allow additional time for the Government and Counsel to finalize a pre-trial disposition. In the event that the Court grants the requested adjournment, Counsel consents to the exclusion of time under the Speedy Trial Act. I have spoken with AUSA Jessica Greenwood who consents to the adjournment.

Thank you in advance for any and all consideration of this application. We will await further instructions from the Court on this matter.

Respectfully submitted,

*A. James Bell*
A. James Bell, Esq.

Cc: All counsel, by ECF